Exhibit "A"



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Sadowski,Christopher
Search Results: Displaying 44 of 62 entries

*2021-Q4 Photo Collection.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002288279 / 2021-12-31 |
| **Application Title:** | 2021-Q4 Photo Collection |
| **Title:** | 2021-Q4 Photo Collection. [Group registration of published photographs. 375 photographs. 2021-09-30 to 2021-12-30] |
| **Description:** | 375 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Christopher Sadowski, 1982- . Address: 96 9th Avenue, Hawthorne, NJ, 07506, United States. |
| **Date of Creation:** | 2021 |
| **Publication Date Range:** | 2021-09-30 to 2021-12-30 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Christopher Sadowski, 1982- ; Domicile: United States; Citizenship: United States. Authorship: photographs. |
| **Rights and Permissions:** | Christopher Sadowski, 96 9th Avenue, Hawthorne, NJ, 07506, United States, (973) 650-5382, csnyphoto@gmail.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in October 2021 (50 photographs): 011217fort27CS, 040821emptystreets17CS, 040821emptystreets20CS, 040821emptystreets24CS, 041718whatsapp5CS, 042620nypdsubstation2CS, 051421columbus7CS, 051421subwayfacemask37CS, 052021carriagehorse7CS, 052921consumerspending1CS, 053121covidvaccinecard2CS, 060619fdrdrive8CS, 061820criminalcourt6CS, 061820criminalcourt17CS, 061821amazonprime7CS, 062219taxis5CS, 062520outdoordining1CS, 062520outdoordining8CS, 071218metronorth32CS, 072419precinct7CS, 080620lirr5CS, 080620trainseats4CS, 080721nypdarmpatch24CS, 081317bwb19CS, 081317nabisco1CS, 081419tollplaza6CS, 081921catalytic2CS, 090221stabbing3CS, 090420fourtimessquare1CS, 091521shooting16CS, 091521shooting25CS, 091521shooting26CS, 091521studentmask3CS, 091521studentmask6CS, 091721carminesvax17CS, 092321cruiseships5CS, 092921party3CS, 092921party6CS, 092921party9CS, 093021helpwanted3CS, 100321crash3CS, 100321crash6CS, 100321crash8CS, 100321shooting5CS, 100520stimulus4CS, 100621doubleshooting8CS, 100621doubleshooting9CS, 100621doubleshooting15CS, 100621doubleshooting17CS, 100721bicycliststruck7CS Published in October 2021 (50 photographs): 101521immigrants7CS, 101521immigrants8CS, 101521immigrants9CS, 101521immigrants10CS, 101521immigrants11CS, 101521immigrants12CS, 101521immigrants13CS, 101521immigrants14CS, 101521immigrants15CS, 101521immigrants16CS, 101521immigrants17CS, 101521immigrants18CS, 101521immigrants19CS, 101521immigrants20CS, 101521immigrants21CS, 101521immigrants22CS, 101521immigrants23CS, 101521immigrants24CS, 101521immigrants25CS, 101521immigrants26CS, 101521immigrants27CS, 101521immigrants28CS, 101521immigrants29CS, 101521immigrants30CS, 101521immigrants31CS, 101521immigrants32CS, 101521immigrants33CS, 101521immigrants34CS, 101521immigrants35CS, 101521immigrants36CS, 101521immigrants37CS, 101521immigrants38CS, 101521immigrants39CS, 101521immigrants40CS, 101521immigrants41CS, 101521immigrants42CS, 101521immigrants43CS, 101521immigrants44CS, 101521immigrants45CS, 101521immigrants46CS, 101621wedding60CS, 101621wedding63CS, 101621wedding76CS, 101621wedding77CS, 101621wedding78CS, 102321pcti9CS, 102821ciattarelli20CS, 110520embrace3CS, 111919uscourthouse36CS, 121020outdoordining10CS Published in October 2021 (50 photographs): 101421immigrants1CS, 101421immigrants2CS, 101421immigrants3CS, 101421immigrants4CS, 101421immigrants5CS, 101421immigrants6CS, 101421immigrants7CS, 101421immigrants8CS, 101421immigrants9CS, 101421immigrants10CS, 101421immigrants11CS, 101421immigrants12CS, 101421immigrants13CS, 101421immigrants14CS, 101421immigrants15CS, 101421immigrants16CS, 101421immigrants17CS, 101421immigrants18CS, 101421immigrants19CS, 101421immigrants20CS, 101421immigrants21CS, 101421immigrants22CS, 101421immigrants23CS, 101421immigrants24CS, 101421immigrants25CS, 101421immigrants26CS, 101421immigrants27CS, 101421immigrants28CS, 101421immigrants29CS, 101421immigrants30CS, 101421immigrants31CS, 101421immigrants32CS, 101421immigrants33CS, 101421immigrants34CS, 101421immigrants35CS, 101421immigrants36CS, 101421immigrants37CS, 101421immigrants38CS, 101421immigrants39CS, 101421immigrants40CS, 101421immigrants41CS, 101421immigrants42CS, 101421immigrants43CS, 101421immigrants44CS, 101521immigrants1CS, 101521immigrants2CS, 101521immigrants3CS, 101521immigrants4CS, 101521immigrants5CS, 101521immigrants6CS Published in October 2021 (50 photographs): 100721bicycliststruck9CS, 100721party1CS, 100721party12CS, 100821fire1CS, 100821fire3CS, 100921employment2CS, 100921interview3CS, 101021kardashian1CS, 101121nowhiring8CS, 101321immigrants1CS, 101321immigrants2CS, 101321immigrants3CS, 101321immigrants4CS, 101321immigrants5CS, 101321immigrants6CS, 101321immigrants7CS, 101321immigrants8CS, 101321immigrants9CS, 101321immigrants10CS, 101321immigrants11CS, 101321immigrants12CS, 101321immigrants13CS, 101321immigrants14CS, 101321immigrants15CS, 101321immigrants16CS, 101321immigrants17CS, 101321immigrants18CS, 101321immigrants19CS, 101321immigrants20CS, 101321immigrants21CS, 101321immigrants22CS, 101321immigrants23CS, 101321immigrants24CS, 101321immigrants25CS, 101321immigrants26CS, 101321immigrants27CS, 101321immigrants28CS, 101321immigrants29CS, 101321immigrants30CS, 101321immigrants31CS, 101321immigrants32CS, 101321immigrants33CS, 101321immigrants34CS, 101321immigrants35CS, 101321immigrants36CS, 101321immigrants37CS, 101321immigrants38CS, 101321immigrants39CS, 101321immigrants40CS, 101321immigrants41CS Published in November 2021 (78 photographs): 010510arenas13CS, 012419lirr5CS, 020820pressconference39CS, 032321homedepot2CS, 032918fedexups4CS, 040518uft9CS, 041821amazonprime1CS, 042719westsideyard2CS, 052020highwaypatrol7CS, 060221apartments4CS, 061221vaccinecard2CS, 061319construction7CS, 071218metronorth34CS, 071317bus43CS, 071620shooting10CS, 071707_Steakhouse_6CS, 080919lottery10CS, 082121doubleshooting4CS, 090216barclays5CS, 090321apartments5CS, 091721undercontract13CS, 102321gasprices2CS, 102321gasprices9CS, 102421nowhiring7CS, 102421nowhiring9CS, 102821ciattarelli31CS, 110219jerseycity4CS, 110521apartment1CS, 110521fatalfire2CS, 110621fatalshooting5CS, 110621fatalshooting11CS, 110621fatalshooting20CS, 110621fatalshooting28CS, 110621baldwin4CS, 110621baldwin8CS, 110721baldwin12CS, 111021baldwin14CS, 111021fire1CS, 111021fire6CS, 111021fire7CS, 111321christmastree17CS, 111721multishooting1CS, 111721multishooting2CS, 111721multishooting3CS, 111721multishooting4CS, 111721subwaystabbing1CS, 111721subwaystabbing7CS, 111821bergdorf14CS, 111821bergdorf15CS, 111821bergdorf48CS, 111821bergdorf75CS, 111821cashman1CS, 111821cashman10CS, 111919supremecourt8CS, 111921fire9CS, 111921fire10CS, 111921fire17CS, 111921fire20CS, 111921fire26CS, 111921fire31CS, 112121gasprices7CS, 112121stabbing1CS, 112121stabbing3CS, 112121stabbing6CS, 112121stabbing10CS, 112121stabbing12CS, 112121stabbing13CS, 112121stabbing16CS, 112121stabbing38CS, 112220fire2CS, 112220fire9CS, 112421copshot37CS, 112421copshot38CS, 112421copshot39CS, 112421copshot40CS, 112621sondheim1CS, 112621sondheim4CS, 112621sondheim8CS Published in December 2021 (50 photographs): 011217beach1CS, 030321construction2CS, 040821emptystreets1CS, 040821homeless1CS, 041521infrastructure1CS, 042220nycskyline39CS, 042918burgerking3CS, 043020skyline7CS, 051420trucks8CS, 051920stimuluscheck29CS, 062118southwest3CS, 062219garbagetruck4CS, 070921apartment2CS, 071217subway17CS, 083018nycha2CS, 090410miracle4CS, 090812train5CS, 091521shooting28CS, 100520money6CS, 100817sculpture1CS, 101021kardashian15CS, 101417stop3CS, 102118schoolbus24CS, 111821cashman2CS, 111821cashman6CS, 111821cashman12CS, 112121stabbing11CS, 112121stabbing41CS, 112021inflation8CS, 120221stabbingspree1CS, 120221stabbingspree2CS, 120221stabbingspree3CS, 120221stabbingspree4CS, 120221stabbingspree5CS, 120221stabbingspree6CS, 120221stabbingspree7CS, 120221stabbingspree8CS, 120221stabbingspree9CS, 120221stabbingspree10CS, 120221stabbingspree11CS, 120221stabbingspree12CS, 120221stabbingspree13CS, 120221stabbingspree14CS, 120221stabbingspree15CS, 120221stabbingspree16CS, 120221stabbingspree17CS, 120221stabbingspree18CS, 120221stabbingspree19CS, 120221stabbingspree20CS, 120221stabbingspree21CS Published in December 2021 (46 photographs): 120221stabbingspree22CS, 120221stabbingspree23CS, 120221stabbingspree24CS, 120221stabbingspree25CS, 120221stabbingspree26CS, 120221stabbingspree27CS, 120221stabbingspree28CS, 120221stabbingspree29CS, 120221stabbingspree30CS, 120221stabbingspree31CS, 120221stabbingspree32CS, 120221stabbingspree33CS, 120221stabbingspree34CS, 120221stabbingspree35CS, 120321pinkney1CS, 120321pinkney5CS, 120321pinkney7CS, 120321pinkney9CS, 120321pinkney11CS, 120321pinkney16CS, 120321pinkney28CS, 120421shooting3CS, 120421shooting16CS, 120421shooting17CS, 120421subwayshooting1CS, 120421subwayshooting8CS, 120421subwayshooting15CS, 120821shotsfired4CS, 120821shotsfired5CS, 120821shotsfired12CS, 121121shooting4CS, 121121shooting18CS, 121621baldwin3CS, 121721mandates9CS, 121721mandates12CS, 121721mandates17CS, 122119districtattorney5CS, 122121covidtest3CS, 122121covidtest9CS, 122221covidrestaurant5CS, 122221covidrestaurant9CS, 122221covidrestaurant14CS, 122221covidrestaurant20CS, 122221shooting4CS, 122221shooting8CS, 122921elfonshelf9CS Published in September 2021 (1 photographs): 080721nypdarmpatch15CS |
| **Names:** | Sadowski, Christopher, 1982- |

