Exhibit "B"



Captured by FireShot Pro: 15 March 2022, 09:21:10
https://getfireshot.com

October 20, 2021 at 9:34 pm
From the Twin Oaks Academy web site: "Located in the heart of the Apalachicola National Forest, Twin Oaks Academy serves 12 males, ages 10 to 15, as a non-secure commitment program specifically designed for young adjudicated males"

So we have a juvenile delinquent facility in the middle of the forest with room for 12.

Why in the world are we adding "13 to 20" illegal immigrants to this youth jail?

TONY says:
October 20, 2021 at 1:57 pm
I hope our Governor does what he hinted at doing and busses them right back out. Bus them up to DC.

Hope says:
October 20, 2021 at 5:42 am
@ Ed.

VP Pence will be held accountable for doing nothing and he will never hold another public office again. His aspirations for president will never come to fruition as he turned his back on Americans.

Attorney General William Barr should be held accountable through prosecution for his looking the other way at obvious treason by the Biden and corruption in the 2020 election.

The hot and furious red tsunami will provide the first correction in the upcoming midterms.

However, you are 100% correct!

Al says:
October 19, 2021 at 9:14 pm
LOL. DeSantis cannot do squat about it. Republicans are cowards and full of hot air.

Frank McCarthy says:
October 19, 2021 at 7:52 pm
Border crossers and UACs are also being flown to Florida in the middle of the night. Specifically; border crossers and UACs are being flown from Texas to the Jacksonville International Airport in Florida before continuing to the Westchester County Airport in New York.
From there, the Post reports, border crossers and UACs are bussed to the Twin Oaks Academy; a detention center for juveniles, which is near Tallahassee, Florida.
Why not travel by greyhound? Flights will cost ~$800,000 to reroute 2000 – youngsters, for what purpose? They are under age of consent with no guardians and speak not a word of English. Does NYC Long Island Connecticut fit to bunt at the seams?
Why not allow the American people explanations and updates for how Y'all spend our tax money? And just what and why? Who picks and chooses Detention facilities? Blinken yes, Secretary of diversity and race? Mayorkas nah what does he know.

Edward Lyle says:
October 19, 2021 at 5:49 pm
I'm with Barb 100% on this. It is way past time to just bi*ch, scream, and pontificate about this treasonous Resident Biden Administration. It is time to hold the likes of Senator Rubio, Senator Scott – and yes, Representative Al Lawson – to account for their impotence and inaction.

Dementia Joe and his criminal Administration have proven time and time again that they have nothing but utter disdain for our Nation and Her People. They have spit upon our Constitution, ignored SCOTUS rulings, and brazenly violated numerous Laws of this Land... and those charged with the duty to act have done absolutely nothing about it... it is entirely unconscionable and unacceptable.

As I've stated before, the unfettered attacks and undermining of President Trump – along with the illegitimate and unconstitutional impeachment(s)... was not just hatred and ignorance run amok. It was a designed plan to cause anyone else from taking Constitutional and legitimate actions against what they knew all along was going to be a treasonous authoritarian regime hellbent on destroying America.

I no longer just blame resident Biden and crew for their nefarious and treasonous actions... I blame, and will hold accountable, everyone else in the DC Swamp (R, D, or otherwise) for their collective inaction to stop them... which is tantamount to complicity.

Lori says:
October 19, 2021 at 5:10 pm
If we have no borders, we have no country.
You know... like Sweden. Where a young girl was raped over a FB livestream for 3 hours and nothing happened to the "refugees" that hurt her.
( Not refugees, invaders.. )

https://metro.co.uk/2017/01/23/woman-gang-raped-for-three-hours-live-on-facebook-6402045/

Hope says:
October 19, 2021 at 5:04 pm
What will be the fiasco tomorrow?

Yesterday it was Boot-Edge-Edge's Supply Chain Transportation Incompetence.

The day before that... inflation, high gas prices, the botched Afghanistan withdrawal, the 13 service men killed needlessly; then no accountability, lies, the January 6th Kangaroo Court, Kamala MIA, Hunter's treasonous artwork, illegal mask mandates, no trust in the public health under Biden...

Help is on the way...Ted Cruz put in legislation today for the NEW Immigration Port of Entry to be moved to Martha's Vineyard.

TONY says:
October 19, 2021 at 3:46 pm
@ Barb = I will Bet that Al Lawson was the one opening the Gate for them the Twin Oaks Academy.

Barb says:
October 19, 2021 at 3:35 pm
What are Rick Scott, Marco Rubio and Al Lawson (this is in his backyard) going to do about it? What are they going to do about the Biden regime devaluing our money with spending sprees and devaluing our citizenship with open borders?

Easterling says:
October 19, 2021 at 3:02 pm
I flew from Dallas to Tallahassee last week on a booked flight. There were Afghani refugees on our flight with many others waiting at the gate that did not board. They were being hustled around by airline agents. A group of young ladies with a sign reading "rescue" greeted them as they de-planed at the gate in Tallahassee. It was the last flight to TLH, arriving at 11:00 PM.

I don't have a problem with it but it seems covert for some reason. They have to end up somewhere at this point, I guess. They'll be thrilled to get a job here until they find out everything is free if you don't work and have lots of kids.

Mike L says:
October 19, 2021 at 1:47 pm
Last night I was up late looking at Bathroom vanity's on the internet. It was 1:30 a.m. when a plane came over my house on final approach to TLH. I live in Indian Head Acres and occasionally we're in the glide slope, but its always in bound daylight, never at 1 a.m. in the morning. Now it all makes sense...

It seems like none of the institutions we all grew up trusting have any credibility. Everyone is trying to pull the wool over everyone else's eyes. Because they are all convinced that everyone else is as nefarious as they are! And they're right!

A sane man in an insane world must appear insane...

Snidely Whiplash says:
October 19, 2021 at 1:00 pm
Governor DeSantis I urge you to get your best legal experts to work on finding the unauthorized resettlement as a violation of 2009 agreement between the Federal and State governments that allows Florida to take 100% ownership of The Apalachicola National Forrest and garbage all Federal lands in Florida. The obscure law may be 100 or more years old. Look for any angle please in order to job a sharp stick in the Biden failing administration's eye.

Hope says:
October 19, 2021 at 11:58 pm
Follow the money...

I know there is a Insider millionaire who has big ties to Hosford... Any connections???

William_Wallace says:
October 19, 2021 at 11:38 am
I hope DeSantis can get some answers on why these illegal immigrants are being shipped out to Hosford in the middle of the night to a mental health facility. Something is not right.

**New York Post: Mexico-U.S. Border Migrants Resettled in Big Bend Area – Tallahassee Reports**
https://tallahasseereports.com/2021/10/19/new-york-post-mexico-u-s-border-migrants-resettled-in-big-bend-area/

## Leave a Reply

Your email address will not be published.

Add your comment

👤 Name     ✉ Email     ⌂ Website

Post Comment

© 2022, ↑ Tallahassee Reports                    Hosted by Capital Data Studio.

