**EXHIBIT "A"**

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

Case No. 4:23-cv-00172-MW-MJF

CHRISTOPHER SADOWSKI,

    Plaintiff,

v.

RED HILLS JOURNALISM FOUNDATION
INC. d/b/a TALLAHASSEE REPORTS,

    Defendant.

## DECLARATION OF CHRISTOPHER SADOWSKI

Christopher Sadowski does hereby declare:

1.    I am over the age of 18 and otherwise competent to testify. I make the following statements based on personal knowledge.

2.    I am the Plaintiff in the above-styled matter.

3.    I am an award-winning photojournalist and am widely published in some of the world's most important newspapers and magazines, including but not limited to, the *New York Post, Daily Mail Online, Reader's Digest, USA Today, New York Times, Fox News, CBS News, NBC News, Boston Globe, Boston Herald, Los Angeles Times, Newsweek Magazine*, and *People Magazine*.

4.    For the past nineteen (19) years, I have been self-employed as a professional photographer who specializes in photo-documenting ordinary life and the human condition.

5.    I travel throughout the New York, New Jersey and Connecticut tri-state area taking photographs that tell a story about tragedy, hope, calamity, joy, discord, and renewal.

6.     Using state-of-the-art equipment, I create high-end photography licensed by some of the top publishers in this country. When commissioned for a job, I spend countless hours capturing hundreds of photographs and then processing those photographs to ensure they meet customers' requirements.

7.     I maintain a commercial website (http://www.csnyphoto.com) which describes the photography services offered by me, hosts a sample portfolio of photographs taken by me, and invites prospective customers to contact me to arrange for a professional photo shoot.

8.     I own each of the photographs available for license on my website and serve as the licensing agent with respect to licensing such photographs for limited use by my customers. To that end, my standard terms include a limited, non-transferable license for use of any photograph by the customer only.  My license terms make clear that all copyright ownership remains with me and that my customers are not permitted to transfer, assign, or sub-license any of my photographs to another person/entity.

9.     In 2021, I created a professional photograph (titled "101521immigrants40CS") (the "Work") of migrants boarding a bus to be shuttled to group homes in New York, New Jersey and Connecticut.  A copy of the Work is exhibited below:



10. The Work was registered by me with the Register of Copyrights on December 31, 2021, and was assigned Registration No. VA 2-288-279.

11. I am the owner of the Work and have remained the owner at all times material hereto.

12. I created the Work pursuant to a Freelance Photographer Independent Contractor Agreement with NYP Holdings, Inc. (the publisher of the New York Post). The New York Post does not pay me to license individual photographs created as part of an assignment, but rather pays me an all-inclusive rate for such assignments. I retain full ownership of the photographs I create and make those photographs available to license to other media outlets and generally to the public.

13. My recent licensing history with respect to the commercial use of my professional photographs include the following:

| Date | Licensee | Description | Amount |
| --- | --- | --- | --- |
| 7/9/2020 | CBS Broadcasting | Michael Cohen photograph | $1,800.00 |
| 7/9/2020 | Fox News | Michael Cohen photograph | $2,100.00 |
| 10/20/2021 | Fox News | Immigrants arriving on plane | $2,000.00 |

| 10/21/2021 | Fox News | Immigrants arriving on plane | $4,000.00 |
| 10/05/2022 | Trend Micro Inc. | Home Depot Front | $2,000.00 |

14. The Work is extremely scarce and valuable. To capture the Work (together with other photographs of immigrants arriving on secret flights), I had to situate myself at exactly the right place at exactly the right time (based on a tip from a confidential source) to capture a tremendously newsworthy series of photographs that received national attention.

15. The photographs I captured, including the Work, are scarce and cannot be recreated.

16. In fact, a Google Images search for "Biden immigrant secret flights" (https://www.google.com/search?q=biden+immigrant+secret+flights&sxsrf=ALiCzsYWbJDPcNI36qngGok0sPAI2XV96g:1670717681667&source=lnms&tbm=isch&sa=X&ved=2ahUKEwj96r2vpPD7AhVCneAKHX5SD6gQ_AUoA3oECAEQBQ&biw=1201&bih=1280&dpr=1#imgrc=-9GXPK-ZoQNjdM) results in very few (if any) relevant photographs that were not captured by me on that particular night.

5. Based on my normal licensing rates and the type of use at issue here (online publication), I would have licensed the Work to Defendant for, at minimum, a $3,000.00 annual license fee. Indeed, as shown above, I previously licensed photographs from within the same set to Fox News to re-use (one-time only) for $2,000.00 and $4,000.00, respectively. Because Defendant displayed the Work from at least October 2021 through at least March 2022, Defendant would owe me at least 1x annual licensing fees (as I do not prorate my work) in a total amount of **$3,000.00**.

6. The ability of Defendant to reproduce, modify, distribute and display my photography for Defendant's own commercial benefit without compensation to me greatly

impairs the market value of my work since others competing with that business, or in related business areas, will not want to obtain a license to my work if they are already associated with a competing business. Similarly, potential licensees of my copyrighted photographs will not want to pay my license fees if they see other commercial enterprises taking and using my photographs for their own commercial purposes without paying any fee at all

7. Defendant has never been licensed to use the Work for any purpose.

Dated: November 6, 2023

*Christopher Sadowski*
ID o1jaM6askYVMNaa84bwpduD1

Christopher Sadowski

## eSignature Details

**Signer ID:**     **o1jaM6askYVMNaa84bwpduD1**
Signed by:         Christopher Sadowski
Sent to email:     csnyphoto@gmail.com
IP Address:        69.120.203.182
Signed at:         Nov 6 2023, 1:04 pm PST